IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-50217
Summary Calendar
_____

GUILLERMO TRAVIS HARPER,

                                    Plaintiff-Appellant,

versus

MEDICAL SECTION, TRAVIS
COUNTY JAIL,

                                    Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-99-CV-231-JN
- - - - - - - - - -
October 20, 2000

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

        Guillermo Travis Harper, Texas prisoner # 871629, appeals
from the district court's order granting summary judgment in favor
of Travis County in his 42 U.S.C. § 1983 complaint.  Harper argues
that Travis County maintained a policy of denying inmates eye
examinations and eyeglasses unless they prepaid for them and that
this policy violated his constitutional right to adequate medical
care.  We have reviewed the record and the briefs of the parties,
and we conclude that the district court committed no reversible
error.  Harper's allegations do not meet his burden of producing

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

evidence showing the existence of a genuine issue for trial regarding municipal liability. <u>See</u> <u>Little v. Liquid Air Corp.</u>, 37 F.3d 1069, 1075 (5th Cir. 1994) (en banc). Accordingly, the district court's judgment is **AFFIRMED**. Harper's motions to add defendants are **DENIED**.